IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CALVIN DAKOTA KING                                                                                      PLAINTIFF

VERSUS                                                          CIVIL ACTION NO. 1:10-cv-533-LG-RHW

GEORGE COUNTY REGIONAL
CORRECTIONAL FACILITY                                                                          DEFENDANT

**ORDER**

BEFORE the Court is the returned mail [7] filed on March 18, 2011.  It appears the forwarding address placed on the returned mail matches an alternate address Plaintiff provided in his original complaint.  Since Plaintiff is proceeding *pro se*, it is hereby,

ORDERED:

(1)  That the Clerk of Court is directed to re-mail a copy of the Court's Order [6] filed February 25, 2011, to the Plaintiff at 105 Pecan Circle, Lucedale, MS 39452;

(2)  That Plaintiff comply with the Order [6] of February 25, 2011, by filing the required documentation, on or before May 9, 2011;

(3)  That on or before May 9, 2011, Plaintiff shall also file a written response designating his current address for the record of this case;  and

(4)  That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the Plaintiff and may result in this cause being dismissed without further notice.

THIS, the 18th  day of  April, 2011.

s/Robert H. Walker
UNITED STATES MAGISTRATE JUDGE